Theodore W. Chandler (Bar No. 219456)
  <ted.chandler@bakerbotts.com>
BAKER BOTTS L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, California  90067
Telephone:   (213) 202-5702
Facsimile:    (213) 202-5732

Paul J. Reilly (*pro hac vice*)
  <paul.reilly@bakerbotts.com>
Tyler M. Beas (*pro hac vice*)
  <tyler.beas@bakerbotts.com>
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas  75201
Telephone:   (214) 953-6926
Facsimile:    (214) 661-4926

Julia S. Wu (Bar No. 322736)
  <julia.wu@bakerbotts.com>
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California  94111
Telephone:   (415) 291-6270
Facsimile:    (415) 291-6370

*Attorneys for Plaintiff and Counterclaim-Defendant*
*General Convention of the New Jerusalem in the*
*United States of America d/b/a Wayfarers Chapel*

LINK 57

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| General Convention of the New Jerusalem in the United States of America d/b/a Wayfarers Chapel,<br><br>　　*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Calamigos Ranch Corporation; Malibu Conference Center, Inc. d/b/a Calamigos Ranch,<br><br>　　*Defendants and Counterclaimants.* | No. 2:23-cv-00572-HDV-MAR<br><br>**CONSENT JUDGMENT WITH PERMANENT INJUNCTION** |

Plaintiff and Counterclaim Defendant General Convention of the New Jerusalem in the United States of America d/b/a Wayfarers Chapel ("Plaintiff" or "Wayfarers Chapel") and Defendants and Counterclaim Plaintiffs Calamigos Ranch Corporation and Malibu Conference Center, Inc. d/b/a Calamigos Ranch ("Defendants" and, together with Plaintiff, the "Parties"), having considered the facts and applicable law, have agreed upon a resolution of this matter prior to a trial on the merits, and have consented to the entry of judgment in favor of Plaintiff and against Defendants as follows.

1.     General Convention of the New Jerusalem in the United States of America d/b/a Wayfarers Chapel is a corporation organized and existing under the laws of Illinois, with its principal place of business at 5755 Palos Verdes Drive South, Rancho Palos Verdes, California 90275.

2.     Calamigos Ranch Corporation and Malibu Conference Center, Inc. d/b/a Calamigos Ranch are corporations organized under the laws of California, with their principal place of business at 327 S. Latigo Canyon Road, Malibu, California 90265.

3.     Plaintiff filed its Complaint against Defendants on January 25, 2023 under United States Trademark Laws (Lanham Act of 1946), 15 U.S.C. §§ 1051 et seq. (as amended), particularly under sections 32 and 43(a) of the Lanham Act (15 U.S.C. §§ 1114, 1125(a)), and under California statutory and common law.

4.     Defendants filed their Answer on May 5, 2023, and included counterclaims against Plaintiff under 28 U.S.C. § 2201, 15 U.S.C. § 1119, and under California Business & Professions Code § 14230(c).

5.     This Court has personal jurisdiction and subject matter jurisdiction over the parties and this action, and venue in the Central District of California is proper.

6.     Since at least as early as 1979, and in continuous use since that time, Wayfarers Chapel has used a logo depicting the distinctive design of its chapel, as well as the distinctive architectural trade dress of the chapel itself, including the

-1-

"circular altar" design and the double-stemmed "Y-shaped" mullions in the side glass walls of the chapel, in connection with worship services, wedding services, memorial services, baptisms, and educational and entertainment services, as well as related goods and services.  Wayfarers Chapel was included in the National Register of Historic Places because it qualified on the basis that it "embodies the distinctive characteristics of a type, period, or method of construction or represents the work of a master, or possesses high artistic values, or represents a significant and distinguishable entity whose components lack individual distinction."  Representative examples of Wayfarers Chapel's distinctive trade dress, as well as its trademark and logo, are included below:

CONSENT JUDGMENT WITH PERMANENT INJUNCTION
No. 2:23-cv-00572-HDV-MAR



7. Wayfarers Chapel displays distinctive combinations of elements that, in total overall appearance, comprise distinct, non-functional architectural designs and trade dress as more fully set forth in the Complaint.

8. Wayfarers Chapel has invested substantial sums in marketing and advertising to build recognition of its products and services, including its chapel, which has resulted in the trade dress and trademarks becoming well-known to the general public nationwide and globally as an indication of exclusive source or origin in Wayfarers Chapel. As a result of its marketing efforts, and the strength of its intellectual property, Wayfarers Chapel has rendered its services tens of thousands of times to hundreds of thousands of people in connection with its distinctive, non-functional trade dress, resulting in revenue of millions of dollars.

9. Wayfarers Chapel enjoys a substantial demand for its services, notably because of the trade dress components of its chapel, and both the trade dress and trademarks have become well-known to consumers, the trade, and complementary

industries by virtue of widespread, long, continuous and exclusive use.  Hereinafter, Wayfarers Chapel's architectural design elements and/or "packaging" for the chapel and its related goods and services shall be referred to individually and/or collectively as the "Wayfarers Chapel Trade Dress."

10.   Wayfarers Chapel owns U.S. Service Mark Registration No. 6817479 for the Wayfarers Chapel Trade Dress, a copy of which is attached as **Exhibit A**, which covers the trade dress of its chapel.  The Wayfarers Chapel Trade Dress is described in the Certificate of Registration as consisting of:

> "[T]hree-dimensional trade dress depicting an interior design of a chapel with extensive use of glass in the walls and with distinctive designs made of wood or steel among the glass in the walls. The interior includes arched gabled trusses and supports, represented by diagonal lining, with glass walls filling the spaces between the gables and supports. The diagonal lining is used to indicate the gabled trusses and supports and are not claimed as a feature of the mark. The glass areas are represented as open white spaces. The glass walls between the supports are divided by narrow, Y-shaped mullions that create four sections: two trapezoidal shapes on either side of the center body section of the Y-shaped mullion, one section at the top that fills the triangular area created by the arms of the Y-shaped mullion, and one long, vertical rectangular section in between the two vertical, parallel center components making up the body of the Y-shaped mullion. The ceiling includes triangular patterns among glass panels in the ceiling. Acoustical panels represented in gray shading, pattern parts of the ceiling. The glass walls rise from lower walls. The back wall of the building consists primarily of glass and contains a large, circular section of glass with a frame creating a circle design, surrounded by beveled beams in the shapes of two vertical lines angled inward connected on top by a triangular arch above the circle design. Below the circle design are criss-crossing linear designs that form a diamond below the circle, with lines extending at an upward angle from below the circle to the surrounding beams. The floor design utilizes two criss-crossing designs. The stones on the floor and walls are represented in dotted lining and are not claimed as a feature of the mark. The benches are represented in dotted lines and are not claimed as a feature of the mark."

CONSENT JUDGMENT WITH PERMANENT INJUNCTION
No. 2:23-cv-00572-HDV-MAR

11.     The goods and services set forth in U.S. Registration No. 6817479 include "streaming of audio and video material on the internet" in Class 38, "Educational and entertainment services, namely, providing facilities for filming locations for movies, and television shows; video and film production" in Class 41, "Rental of banquet and social function facilities for special occasions, namely, parties and social events" in Class 43, and "Religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, and memorial services; marriage counseling; providing facilities for wedding ceremonies" in Class 45.  The registration was granted on August 16, 2022, and identifies dates of first use and first use in commerce of at least as early as December 1979 for Classes 41, 43, and 45, and August 2016 for Class 38.

12.     A representation of the Wayfarers Chapel Trade Dress as registered with the United States Patent & Trademark Office and shown on U.S. Registration No. 6817479 appears below:



-5-

13.    Wayfarers Chapel also is the owner of design marks and variants thereof at common law and under state and federal trademark registrations (collectively, "Wayfarers Chapel Marks") that include, but are not limited to, the following:

| Mark | App./Reg. No. | Reg./Filing Date | Goods/Services and Date of First Use (no later than) |
|---|---|---|---|
|  | 02012513 (California State Reg.) **Exhibit B** | 5/4/21 | Class 35 – Retail store services featuring gifts and sundries relating to books, jewelry, art, architecture and religion (Dec. 1979) Class 41 – Educational and entertainment services, namely, facilities for filming locations for weddings, memorials, movies, and television shows; video and film production (Dec. 1979) Class 45 – Religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, and memorial services; marriage counseling (Dec. 1979) |

-6-

| **Mark** | **App./Reg. No.** | **Reg./Filing Date** | **Goods/Services and Date of First Use (no later than)** |
|---|---|---|---|
|  | 02012512 (California State Reg.)<br><br>**Exhibit C** | 5/4/21 | Class 38 – Streaming of audio and video material on the internet (Aug. 2016) |

| Mark | App./Reg. No. | Reg./Filing Date | Goods/Services and Date of First Use (no later than) |
|---|---|---|---|
|  | 90447207/ 6721486 (Federal Reg.)  **Exhibit D** | 1/4/21 (Filing)  5/24/22 (Registration) | Class 35 – Retail store services featuring gifts and sundries relating to books, jewelry, art, architecture and religion (Dec. 1979)  Class 38 – Streaming of audio and video material on the Internet (Aug. 2016)  Class 41 – Educational and entertainment services, namely, providing facilities for filming locations for movies and television shows; video and film production (Dec. 1979)  Class 43 - Rental of social function facilities for special occasions, namely, parties and social events (Dec. 1979)  Class 45 – Religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, and memorial services; marriage counseling; providing facilities for wedding ceremonies (Dec. 1979) |

14.     Plaintiff's Wayfarers Chapel Trade Dress and Wayfarers Chapel Marks, including the respective trademark registrations for same, are valid, subsisting and in full force and effect.  Plaintiff represents and warrants that Plaintiff owns all asserted intellectual property rights in the Wayfarers Chapel Trade Dress and Wayfarers Chapel Marks.

15.     Defendants acknowledge Wayfarers Chapel's prior use and ownership of the Wayfarers Chapel Trade Dress and Wayfarers Chapel Marks in connection with streaming services, education and entertainment services, rental services, and religious and spiritual services including weddings.

16.     Since at least 2019, Defendants — without the consent of Plaintiff — have been marketing, advertising, promoting, offering for sale, coordinating, and rendering through its website, social media accounts and in person, services in connection with the Oak Room at Calamigos Ranch, photos of which are shown below ("Accused Oak Room Design"):



The services provided by Defendants in connection with the Accused Oak Room Design have included wedding receptions, entertainment, social functions, and a location for filming for movies, television shows, and commercials, which are similar, related and/or complementary to the services offered by Plaintiff in connection with its Wayfarers Chapel Trade Dress and Wayfarers Chapel Marks.

17.     Defendants acknowledge that the Accused Oak Room Design shown above is confusingly similar to the Wayfarers Chapel Marks and Wayfarers Chapel

-9-

1  Trade Dress, and that Plaintiff has no control over the quality of Defendants' goods

2  and services.

3                                    **INJUNCTIVE RELIEF**

4          18.     Within 90 days of the entry of this Consent Judgment by the Court,

5  Defendants shall:

6                  (a)     remove from (1) their webpage (https://www.calamigos.com/),

7  (2) social media accounts (including https://www.facebook.com/CalamigosRanch/,

8  https://www.instagram.com/calamigosevents/, https://twitter.com/calamigosranch),

9  and any other social media accounts over which Defendants have control to alter the

10  content), and (3) other online advertisements or marketing materials, bearing images

11  of the Oak Room that include any substantial portion of one or more of the structures

12  shown below in blue, yellow, and red (with the understanding that the structure in red

13  is repeated four times in the Oak Room) (hereinafter "Prohibited Images of the Oak

14  Room")

15
16
17
18
19
20
21  
22
23
24
25
26
27
28

; and

　　　　(b)　　provide written notice to Plaintiff confirming compliance with this paragraph.

19.　　Plaintiff may pursue, and Defendants will not object to or contest, "take down" requests of third-party, commercial use of Prohibited Images of the Oak Room on the Internet, social media, television, or film, including without limitation from the following webpages:

- https://maps.app.goo.gl/uuhFe73U7EQSU87W6

- https://www.yelp.com/biz/calamigos-ranch-malibu-5

- https://www.weddingwire.com/biz/calamigos-ranch-in-malibu-malibu/414b87d9dfe3ac75.html

- https://www.herecomestheguide.com/wedding-venues/southern-california/calamigos-ranch

- https://www.theknot.com/marketplace/calamigos-ranch-malibu-ca-2000500

20.　　Defendants shall:

　　　　(a)　　By January 15, 2025, and at Defendants' own cost and expense, remove the wooden portions of the Oak Room shown below in blue, yellow, and red (with the understanding that the structure in red is repeated four times in the Oak Room)

-11-



;

        (b)    Thereafter replace the aforementioned structures with new designs (or glass inserts) that do not resemble the Wayfarers Chapel Marks or Wayfarers Chapel Trade Dress (with the understanding that the structure shown in green above does not need to be removed or changed); and

        (c)    Provide written notice to Plaintiff confirming compliance with this paragraph.

    21.    Within a reasonable period of time prior to commencement of construction of the redesigned Oak Room, Defendants shall serve on Plaintiff their plans for changing the Oak Room pursuant to the preceding paragraph, with the understanding that reasonable changes to those plans may be required due to structural reasons or compliance with local codes.  In the event that Plaintiff disputes whether those plans comply with the requirements of this Consent Judgment, the parties agree to first attempt to resolve the issue privately, then through non-binding mediation, and, if it cannot be resolved through these two preliminary required procedures, Plaintiff may bring the dispute to the Court for the Court to resolve the dispute.

1

**PERMANENT INJUNCTION**

2      22.    Except as otherwise specified above, and in any event no later than

3  January 15, 2025, Defendants and all persons acting under their direction and control

4  including specifically their respective principals, officers, directors, shareholders,

5  employees, agents, servants, and/or representatives, privies, related businesses,

6  affiliates, successors and/or assigns, and all other persons, entities, firms or

7  corporations acting in active concert or participation with them ("Related Entities")

8  shall be and are hereby **PERMANENTLY** enjoined and restrained from the

9  following:

10           (a)    using, in any manner or form, the Wayfarers Chapel Trade Dress,

11  Wayfarers Chapel Marks, the Accused Oak Room Design, or confusingly similar

12  variants thereof, in connection with any product or service of Defendants that is not

13  approved, authorized or sponsored by Plaintiff;

14           (b)    advertising, promoting, offering for sale, selling, and/or rendering

15  goods or services in connection with the Wayfarers Chapel Trade Dress, Wayfarers

16  Chapel Marks, the Accused Oak Room Design, or any confusingly similar variant

17  thereof, or any mark or trade dress confusingly similar thereto;

18           (c)    doing any act or thing, or coordinating any act or thing, calculated

19  or likely to cause confusion or mistake in the minds of members of the public or the

20  trade, or prospective purchasers of Defendants' services, as to the source of services

21  sold, offered for sale, promoted, marketed, or rendered thereby, or likely to deceive

22  members of the public or the trade, or prospective purchasers, into believing that there

23  is some connection between Defendants and Wayfarers Chapel or that Defendants'

24  services are being advertised, promoted, sold or offered for sale by Wayfarers Chapel

25  or with Wayfarers Chapel's authorization; and

26           (d)    displaying any advertisements or promotions used by or associated

27  with Defendants in connection with the marketing, sale, or rendering of services in

28

-13-

connection with marks which infringe the Wayfarers Chapel Trade Dress and/or Wayfarers Chapel Marks.

23.     In the event Plaintiff believes that Defendants have violated any terms of this Consent Judgment, then before bringing any dispute to the Court for resolution, Plaintiff shall first provide notice of any such violation to Defendants and Defendants shall attempt to cure the alleged violation and provide a good faith explanation for the alleged violation within twenty-one (21) days.  In the event that the alleged violation is cured to Plaintiff's reasonable satisfaction, such violation shall not be deemed to be an actionable violation of Plaintiff's rights.  In the event the alleged violation is not cured to Plaintiff's reasonable satisfaction, Plaintiff may bring the dispute to the Court for resolution.

## OTHER PROVISIONS

24.     This stipulated Consent Judgment sets forth and constitutes the entire agreement among the Parties with respect to resolution of this Civil Action and all intellectual property claims that were or that could have been asserted therein.

25.     Except as provided in this Consent Judgment, the Parties hereby agree to forever and fully release and discharge the other Parties, and their respective Related Entities, from any and all causes of action, claims for relief, lawsuits, charges, complaints, debts, liens, contracts, agreements, promises, liabilities, demands, damages, losses, rights, benefits, obligations, attorneys' fees, costs or expenses, known or unknown, of any kind or nature whatsoever, in law, equity, or otherwise that each holds, ever held, or may hold against them that arise from or relate to the subject matter of the Civil Action to the extent based upon actions taken on or before November 15, 2023.

26.     Except as provided herein, each party shall bear its own fees and costs incurred before entry by the Court of this Consent Judgment.

27.     Defendants' counterclaims are hereby dismissed with prejudice.

-14-

28.     Within 10 days of entry of this Consent Judgment by the Court, the parties shall file a stipulated dismissal with prejudice of the Petition for Cancellation of Trademark No. 6817479, filed by Defendants with the United States Patent and Trademark Office on August 30, 2023 and assigned Cancellation No. 92083119.

29.     The Parties agree not to appeal or otherwise contest the terms or entry of this Consent Judgment.

30.     Notwithstanding any terms or conditions of this Consent Judgment, Wayfarers Chapel shall have the right to pursue all its equitable and legal remedies arising from or relating to any violation of this Consent Judgment or any future infringement or other alleged wrongdoing by Defendants.

31.     This Court shall retain jurisdiction over this Consent Judgment in its entirety, the parties hereto, and any action in connection with the enforcement of the Consent Judgment.

IT IS SO ORDERED.

Dated: _____11/17/23_____

_____
HON. HERNÁN D. VERA
United States District Judge

# CONSENT TO ENTRY

The parties and their respective counsel hereby stipulate and consent to the terms and conditions of this Consent Judgment as set forth herein and consent to the entry hereof.

DATED: November 15, 2023

By: /s/ Theodore W. Chandler

    Theodore W. Chandler (Bar No. 219456)
      <ted.chandler@bakerbotts.com>
    BAKER BOTTS L.L.P.
    1801 Century Park East, Suite 2400
    Los Angeles, California  90067
    Telephone: (213) 202-5702
    Facsimile:  (213) 202-5732

    Paul J. Reilly (*pro hac vice*)
      <paul.reilly@bakerbotts.com>
    Tyler M. Beas (*pro hac vice*)
      <tyler.beas@bakerbotts.com>
    BAKER BOTTS L.L.P.
    2001 Ross Avenue, Suite 900
    Dallas, Texas  75201
    Telephone: (214) 953-6926
    Facsimile:  (214) 661-4926

    Julia S. Wu (Bar No. 322736)
      <julia.wu@bakerbotts.com>
    BAKER BOTTS L.L.P.
    101 California Street, Suite 3200
    San Francisco, California  94111
    Telephone: (415) 291-6270
    Facsimile:  (415) 291-6370

    <dlwayfaresvcalamigosranch@BakerBotts.com>

    *Attorneys for Plaintiff and Counterclaim-Defendant General Convention of the New Jerusalem in the United States of America d/b/a Wayfarers Chapel*

By: /s/ Konrad Gatien

    Konrad Gatien (Bar No. 221770)
      <kg@keatsgatien.com>
    Matthew E. Graham (Bar No. 308115)
      <matt@keatsgatien.com>
    Erika P. Sanchez (Bar No. 327603)
      <erika@keatsgatien.com>
    KEATS GATIEN, LLP
    120 S. El Camino Drive, Suite 207
    Beverly Hills, California  90212
    Telephone: (424) 302-0692

    *Attorneys for Defendants and Counterclaimants Calamigos Ranch Corporation; Malibu Conference Center, Inc. d/b/a Calamigos Ranch*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

# Exhibit A

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.31 02:30:22 -04'00'

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,817,479**

**Registered Aug. 16, 2022**

**Int. Cl.: 38, 41, 43, 45**

**Service Mark**

**Principal Register**

General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel  (ILLINOIS CORPORATION)
5755 Palos Verdes Drive South
Ranchos Palos Verdes, CALIFORNIA 90275

CLASS 38: Streaming of audio and video material on the Internet

FIRST USE 8-00-2016; IN COMMERCE 8-00-2016

CLASS 41: Educational and entertainment services, namely, providing facilities for filming locations for movies, and television shows; video and film production

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

CLASS 43: Rental of banquet and social function facilities for special occasions, namely, parties and social events

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

CLASS 45: Religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, and memorial services; marriage counseling; providing facilities for wedding ceremonies

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

The mark consists of three-dimensional trade dress depicting an interior design of a chapel with extensive use of glass in the walls and with distinctive designs made of wood or steel among the glass in the walls. The interior includes arched gabled trusses and supports, represented by diagonal lining, with glass walls filling the spaces between the gables and supports. The diagonal lining is used to indicate the gabled trusses and supports and are not claimed as a feature of the mark. The glass areas are represented as open white spaces. The glass walls between the supports are divided by narrow, Y-shaped mullions that create four sections: two trapezoidal shapes on either side of the



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



center body section of the Y-shaped mullion, one section at the top that fills the triangular area created by the arms of the Y-shaped mullion, and one long, vertical rectangular section in between the two vertical, parallel center components making up the body of the Y-shaped mullion. The ceiling includes triangular patterns among glass panels in the ceiling. Acoustical panels represented in gray shading, pattern parts of the ceiling. The glass walls rise from lower walls. The back wall of the building consists primarily of glass and contains a large, circular section of glass with a frame creating a circle design, surrounded by beveled beams in the shapes of two vertical lines angled inward connected on top by a triangular arch above the circle design. Below the circle design are criss-crossing linear designs that form a diamond below the circle, with lines extending at an upward angle from below the circle to the surrounding beams. The floor design utilizes two criss-crossing designs. The stones on the floor and walls are represented in dotted lining and are not claimed as a feature of the mark. The benches are represented in dotted lines and are not claimed as a feature of the mark.

SEC.2(F)

SER. NO. 90-568,122, FILED 03-09-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit B



# California Secretary of State
## Electronic Certificate of
## Registration of Trademark/Service Mark

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify:

| | |
|---|---|
| Type of Mark: | Service Mark |
| Name of Owner (Registrant): | General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel |
| Registration Number: | 02012513 |
| Business Address: | 5755 Palos Verdes Drive South, Ranchos Palos Verdes, California, 90275, U.S.A. |
| Business Structure: | Corporation<br>Illinois |
| Names of General Partners: | None |
| Date First Used Anywhere: | 12/31/1979 |
| Date First Used in California: | 12/31/1979 |

Description of Mark:

The mark consists of a chapel design comprised of two perpendicular lines angled inward forming walls, two lines angled downward forming a roof, a circle in the upper middle area of the angled lines, two angled lines below the circle converging in the middle in opposite directions, and a vertical line extending the length of the design downward, from the bottom of the circle and intersecting the angled lines which forms four interior triangles

Disclaimer:

Identification of Goods or Services:

Retail store services featuring gifts and sundries relating to books, jewelry, art, architecture and religion (Class 35); Educational and entertainment services, namely, facilities for filming locations for weddings, memorials, movies, and television shows; video and film production (Class 41); Religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, and memorial services; marriage counseling (Class 45)

| | |
|---|---|
| Classification Code(s): | 35  41  45 |
| Date of Registration: | 05/04/2021 |
| Term of Registration Extends to and Includes: | 05/03/2026 |

Certificate Verification Number: 1Q98MZ1



# California Secretary of State
## Electronic Certificate of
## Registration of Trademark/Service Mark

In accordance with the application filed in this office, the mark described above has been duly registered.   A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 17, 2021.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

Verification Number: 1Q98MZ1
Date Issued:  05/17/2021
Registration Number: 02012513

2017 California Secretary of State



# California Secretary of State
## Electronic Certified Copy

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify that the attached transcript of  5  page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 17, 2021.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

Verification Number: EBJ4BGM

Date Issued: 05/17/2021





# California Secretary of State
## Electronic Filing



**Certificate Verification Number: EBJ4BGM**

## Trademark/Service Mark - Application for Registration

| | |
|---|---|
| Type of Mark: | Service Mark |
| Name of Owner (Registrant): | General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel |
| Registration Number: | 02012513 |
| Classification Code(s): | 35 41 45 |
| File Date: | 05/04/2021 |

**Detailed Filing Information**

1. Application for Registration of:      Service Mark

2. Owner (Registrant) Information:

    a. Name of Owner (Registrant):      General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel

    b. Business Address:      5755 Palos Verdes Drive South, Ranchos Palos Verdes, California, 90275, U.S.A.

    c. Declaration of Ownership:
Registrant declares that the Registrant is the owner of the mark, that the mark is in use, and that to the Registrant's knowledge, no other person has registered the mark in this state, or has the right to use the mark, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion, to cause mistake, or to deceive.

    d. Business Structure:      Corporation
Illinois

    e. Name of General Partner(s):      None

3. Description of Mark:

The mark consists of a chapel design comprised of two perpendicular lines angled inward forming walls, two lines angled downward forming a roof, a circle in the upper middle area of the angled lines, two angled lines below the circle converging in the middle in opposite directions, and a vertical line extending the length of the design downward, from the bottom of the circle and intersecting the angled lines which forms four interior triangles

See drawing page attached and incorporated by reference.

Registration Number: 02012513



**California Secretary of State**
Electronic Filing

4.  Design Code(s):                26.01.09 26.17.04 26.17.01 26.17.05
                                     26.17.06

5.  Disclaimer:

6.  Date of First Use of Mark

    a.  Date Mark was First Used Anywhere:    12/31/1979

    b.  Date Mark was First Used in California:    12/31/1979

7.  Identification of Goods or Products/Services:

    a.  List specific Goods or Products/Services:

        Retail store services featuring gifts and sundries relating to books, jewelry, art, architecture and
        religion (Class 35); Educational and entertainment services, namely, facilities for filming locations
        for weddings, memorials, movies, and television shows; video and film production (Class 41);
        Religious and spiritual services, namely, conducting religious worship, marriage ceremonies,
        baptismal ceremonies, and memorial services; marriage counseling (Class 45)

    b.  Classification Code(s):            35  41  45

8.  U.S. Patent and Trademark Information

    a.  File Date:

    b.  Serial/File Number:

    c.  Status of Application:

    d.  If Refused, Why?:

9.  How is the Mark Used:
    Advertisement/Branding On Webpage

10. Type of Specimen:
    Website

    See Specimen attached and incorporated by reference.

Certificate Verification Number: EBJ4BGM

Registration Number: 02012513



**California Secretary of State**
Electronic Filing

11. Authorized Representative:                    Yes

**Declaration of Accuracy and Signature**

I declare that all the foregoing information contained in this Application is accurate, true and correct and that I am authorized to sign this Application. I understand that if I willfully state in the Application any material fact that I know to be false, I will be subject to a civil penalty of not more than ten thousand dollars ($10,000.00).

Registrant or Authorized Representative:    Daniel A. Burchett

Date Electronically Signed:    05/04/2021

*The remainder of this page is intentionally left blank.*

Certificate Verification Number: EBJ4BGM





# Exhibit C



# California Secretary of State
## Electronic Certificate of
## Registration of Trademark/Service Mark

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify:

**Type of Mark:** Service Mark

**Name of Owner (Registrant):** General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel

**Registration Number:** 02012512

**Business Address:** 5755 Palos Verdes Drive South, Rancho Palos Verdes, California, 90275, U.S.A.

**Business Structure:** Corporation
Illinois

**Names of General Partners:** None

**Date First Used Anywhere:** 08/31/2016

**Date First Used in California:** 08/31/2016

**Description of Mark:**

The mark consists of a chapel design comprised of two perpendicular lines angled inward forming walls, two lines angled downward forming a roof, a circle in the upper middle area of the angled lines, two angled lines below the circle converging in the middle in opposite directions, and a vertical line extending the length of the design downward, from the bottom of the circle and intersecting the angled lines which forms four interior triangles

**Disclaimer:**

**Identification of Goods or Services:**

Streaming of audio and video material on the Internet

**Classification Code(s):** 38

**Date of Registration:** 05/04/2021

**Term of Registration Extends to and Includes:** 05/03/2026

Certificate Verification Number: 1DNP9L6





# California Secretary of State
## Electronic Certificate of
## Registration of Trademark/Service Mark

In accordance with the application filed in this office, the mark described above has been duly registered.   A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 17, 2021.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

Verification Number: 1DNP9L6
Date Issued:  05/17/2021
Registration Number: 02012512

2017 California Secretary of State



# California Secretary of State
Electronic Certified Copy

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify that the attached transcript of  5  page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 17, 2021.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

Verification Number: AZ1L5XM

Date Issued: 05/17/2021





# California Secretary of State
## Electronic Filing



## Trademark/Service Mark - Application for Registration

| | |
|---|---|
| Type of Mark: | Service Mark |
| Name of Owner (Registrant): | General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel |
| Registration Number: | 02012512 |
| Classification Code(s): | 38 |
| File Date: | 05/04/2021 |

**Detailed Filing Information**

1. Application for Registration of:   Service Mark

2. Owner (Registrant) Information:
   a. Name of Owner (Registrant):   General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel

   b. Business Address:   5755 Palos Verdes Drive South, Ranchos Palos Verdes, California, 90275, U.S.A.

   c. Declaration of Ownership:
   Registrant declares that the Registrant is the owner of the mark, that the mark is in use, and that to the Registrant's knowledge, no other person has registered the mark in this state, or has the right to use the mark, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion, to cause mistake, or to deceive.

   d. Business Structure:   Corporation
   Illinois

   e. Name of General Partner(s):   None

3. Description of Mark:

   The mark consists of a chapel design comprised of two perpendicular lines angled inward forming walls, two lines angled downward forming a roof, a circle in the upper middle area of the angled lines, two angled lines below the circle converging in the middle in opposite directions, and a vertical line extending the length of the design downward, from the bottom of the circle and intersecting the angled lines which forms four interior triangles

   See drawing page attached and incorporated by reference.

Use bizfile.sos.ca.gov *for online filings, searches, business records, and resources.*

Certificate Verification Number: AZ1L5XM

Registration Number: 02012512

## California Secretary of State
## Electronic Filing

4.  Design Code(s):                              26.01.09 26.17.04 26.17.01 26.17.05
                                                 26.17.06

5.  Disclaimer:

6.  Date of First Use of Mark

    a.  Date Mark was First Used Anywhere:       08/31/2016

    b.  Date Mark was First Used in California:  08/31/2016

7.  Identification of Goods or Products/Services:

    a.  List specific Goods or Products/Services:

        Streaming of audio and video material on the Internet

    b.  Classification Code(s):                  38

8.  U.S. Patent and Trademark Information

    a.  File Date:

    b.  Serial/File Number:

    c.  Status of Application:

    d.  If Refused, Why?:

9.  How is the Mark Used:
    Advertisement/Branding On Webpage

10. Type of Specimen:
    Website

See Specimen attached and incorporated by reference.

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Certificate Verification Number: AZ1L5XM



Registration Number: 02012512

# California Secretary of State
## Electronic Filing

11. Authorized Representative:                Yes

**Declaration of Accuracy and Signature**

I declare that all the foregoing information contained in this Application is accurate, true and correct and that I am authorized to sign this Application. I understand that if I willfully state in the Application any material fact that I know to be false, I will be subject to a civil penalty of not more than ten thousand dollars ($10,000.00).

Registrant or Authorized Representative:     Daniel A. Burchett

Date Electronically Signed:     05/04/2021

*The remainder of this page is intentionally left blank.*

Certificate Verification Number: AZ1L5XM

WAYFARERS CHAPEL

MENU



In season nine of *The Bachelorette*, Desiree Hartsock and Chris Siegfried celebrated their dream wedding here at the Chapel. On January 18th, 2015 the couple exchanged vows at Wayfarers Chapel and began their new life together as husband and wife!



The Bachelorette is just one of many television shows and movies that have filmed here at Wayfarers Chapel. You may have noticed the Chapel in scenes of: The O.C., Lucifer, Beverly Hills 90210, Sliders, Revenge, Innerspace, Endless Love, The Rockford Files, and True Detective.



*Chapel*

### Lloyd Wright, Chapel Architect

Shortly after World War II, Chapel Architect Lloyd Wright, son of pioneering American architect Frank Lloyd Wright, found his inspiration for the design of The Wayfarers Chapel on a trip in the redwood forests of northern California. When he saw how the redwood trees formed a majestic cathedral-like sanctuary, he decided to use that concept as the basis for the Chapel's design. The glass structure creates a sense of transient space, being simultaneously inside and outside. Lloyd Wright's design is one of the foremost examples of organic architecture and has inspired many other buildings around the world. Wayfarers Chapel is listed on the National Registry of Historic Places.



Learn More



## Gardens

#### Organic Architecture

Lloyd Wright designed the Wayfarers Chapel to be a tree chapel, a natural sanctuary set in the midst of a forest. Because the trees and plantings were as important as the other architectural elements, Lloyd Wright integrated the landscaping into the original construction plans. He designed the site, landscaping, and gardens to reflect the beauty of the botanical plantings found on the floors of the northern redwood forests of California. The task of implementing the botanical vision that began with the Chapel construction continues today, and will be carried out in the future. Extensive lawns and an outdoor grass amphitheater complete the 3.5 acres site, and complement the numerous gardens.

#### Arbored Walks

Native California plants and trees are called for throughout the grounds. Redwood trees are featured in the planting berms on either side of the Chapel. Planted more than a half century ago, they are just now reaching their maturity, fulfilling Lloyd Wright's vision. Italian Stone pines are planted along the sidewalks surrounding the Chapel and their graceful branches arching overhead to form arbored walks. Other trees are planted around the grounds including: Canary Island pines, olives, bays, peppers, apple, toyon, apricot, ficus, and junipers.

#### Forest Floor Garden

The Forest Floor Garden, located between the Chapel and the Reflection Pool, features many of the plants found in redwood forests, including: ferns, azaleas, irises, rhododendron, and redwood sorrel.

#### Rose Garden

The Rose Garden borders the Colonnade and is known for its roses that bloom year round. The rose garden is also home to some Biblical plants, including lilies, crown of thorns, and aloe.

#### Naturalness

To maintain the simplicity and naturalness of the gardens and grounds, a master landscape plan, initiated by architect Lloyd Wright, and enhanced by his son, architect Eric Lloyd Wright, guides the maintenance and development of all the Chapel grounds. Many of the plantings gracing the Chapel site were given as memorials. The landscape plan may be viewed in the Visitors Center where information on memorial plantings may also be obtained.



## Videos

The Wayfarers Chapel Video team has filmed multi-camera weddings at the Chapel since 2004. Their experience and knowledge in capturing weddings at Wayfarers Chapel is unparalleled. Using state of the art camera equipment and Internet webcasting technology, Wayfarers Chapel Video is capable of exclusively capturing multiple-camera angles and blending these shots into a seamless production that can be given to the couple before they leave the grounds. The ceremony can be webcast live to be viewed remotely by family and friends who are unable to attend.

Our video team is also available to capture memorial services and baptisms.

"Our goal is to provide a quality, well-produced program of your wedding ceremony that can be enjoyed instantly and forever." ~ Steve Smith, Wayfarers Chapel Video Director

Learn More







# Exhibit D

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.05.19 17:37:21 -04'00'

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,721,486**

**Registered May 24, 2022**

**Int. Cl.: 35, 38, 41, 43, 45**

**Service Mark**

**Principal Register**

General Convention of the New Jerusalem in the U.S.A. d/b/a The Wayfarers Chapel  (ILLINOIS CORPORATION)
5755 Palos Verdes Drive South
Ranchos Palos Verdes, CALIFORNIA 90275

CLASS 35: Retail store services featuring gifts and sundries relating to books, jewelry, art, architecture and religion

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

CLASS 38: Streaming of audio and video material on the Internet

FIRST USE 8-00-2016; IN COMMERCE 8-00-2016

CLASS 41: Educational and entertainment services, namely, poviding facilities for filming locations for movies and television shows; video and film production

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

CLASS 43: Rental of social function facilities for special occasions, namely, parties and social events

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

CLASS 45: Religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, and memorial services; marriage counseling; providing facilities for wedding ceremonies

FIRST USE 12-00-1979; IN COMMERCE 12-00-1979

The mark consists of a chapel design comprised of two perpendicular lines angled inward forming walls, two lines angled downward forming a roof, a circle in the upper middle area of the angled lines, two angled lines below the circle converging in the



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



middle in opposite directions, and a vertical line extending the length of the design downward, from the bottom of the circle and intersecting the angled lines which forms four interior triangles.

SER. NO. 90-447,207, FILED 01-04-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.